# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| STACY LARSON, | Civil No. 09-1793 (JRT/RLE) |
| Plaintiff, | |
| v. | |
| COLLECTION RESOURCES, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

_____

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on October 28, 2009 [Docket No. 5], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

DATED: October 29, 2009
at Minneapolis, Minnesota.

                                                                                          s/John R. Tunheim
                                                                                   JOHN R. TUNHEIM
                                                         United States District Judge